# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LINDA J. BOWLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No.  2:20-xc-00132-GZS |
| | ) |
| ANDREW M. SAUL, Commissioner | ) |
| Of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed March 5, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Administrative Decision is hereby **VACATED** and the matter is **REMANDED** for further proceedings.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 22nd day of March, 2021.