## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LINDA B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:20-cv-00132-GZS |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 4, 2021, his Recommended Decision (ECF No. 27). No objections have been filed. Thus, this Recommended Decision is hereby **AFFIRMED**.

It is therefore **ORDERED** that:

1. Plaintiff's Application for EAJA Fees and Expenses (ECF No. 24) is GRANTED IN PART.

2. Plaintiff is hereby awarded $5,437.06 in attorney's fees.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 23rd day of August, 2021.